```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 10916
    DAVID MICHAEL LUTZOW
    NICOLE ANN LUTZOW                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0289    SSN XXX-XX-8311

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/01/2006 and was confirmed 12/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 06/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00           .00       9943.61
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE       7713.95           .00           .00
COUNTRYWIDE              CURRENT MORTG           .00           .00           .00
CARMAX AUTO FINANCE      SECURED            10000.00           .00       1272.00
CAPITAL ONE BANK         UNSECURED            659.99           .00           .00
CVS                      UNSECURED          NOT FILED          .00           .00
GOTTLIEB HOSPITAL        UNSECURED             195.00          .00           .00
LASALLE BANK             UNSECURED          NOT FILED          .00           .00
THE SAFEWAY COMPANIES    UNSECURED          NOT FILED          .00           .00
AFNI/VERIZON WIRELESS    UNSECURED             777.10          .00           .00
CAPITAL ONE BANK         UNSECURED             442.56          .00           .00
CAPITAL ONE BANK         UNSECURED             508.87          .00           .00
CARMAX AUTO FINANCE      UNSECURED             544.22          .00           .00
PIERCE & ASSOC           NOTICE ONLY       NOT FILED           .00           .00
PASKO & ASSOCIATES       UNSECURED          NOT FILED          .00           .00
MELVIN J KAPLAN          DEBTOR ATTY        3,000.00                         .00
TOM VAUGHN               TRUSTEE                                          682.39
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             11,898.00

PRIORITY                                         .00
SECURED                                    11,215.61
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          682.39
DEBTOR REFUND                                    .00
                    --------------         --------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10916 DAVID MICHAEL LUTZOW & NICOLE ANN LUTZOW

```
TOTALS                                     11,898.00           11,898.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/26/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```